# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LOPEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>MORELOCK,<br><br>        Defendant. | Case No. 1:18-cv-00650-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER AND FOR FAILURE TO STATE A CLAIM**<br><br>(Docs. 11, 12)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

      Plaintiff, Elijah Lopez, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On February 7, 2019, the Court issued an order finding that Plaintiff failed to state any cognizable claims in the First Amended Complaint, and granted Plaintiff leave to file a second amended complaint. (Doc. 12.) More than the allowed time has passed, and Plaintiff has failed to file a second amended complaint or otherwise respond to the Court's screening order.

      The Local Rules, corresponding with Fed. R. Civ. P. 11, provide, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions, including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to

comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause **within twenty-one (21) days** of the date of service of this order why the action should not be dismissed for his failure to state a claim and to comply with the Court's order; alternatively, within this same time-period, Plaintiff may file a second amended complaint or a notice of voluntary dismissal.

IT IS SO ORDERED.

Dated: **March 20, 2019**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE