# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LOPEZ,<br><br>                Plaintiff,<br><br>    v.<br><br>MORELOCK,<br><br>                Defendant. | Case No. 1:18-cv-00650-SKO (PC)<br><br>**ORDER DISCHARGEING ORDER TO SHOW CAUSE AND GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>(Docs. 11-14)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

      Plaintiff, Elijah Lopez, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On February 7, 2019, the Court issued an order finding that Plaintiff failed to state any cognizable claims in the First Amended Complaint and granting Plaintiff leave to file a second amended complaint. (Doc. 12.) More than the allowed time passed without a response, so an order issued for Plaintiff to show cause why the action should not be dismissed for his failure to prosecute and failure to state a claim. (Doc. 13.)

      In response, Plaintiff indicates that he has been placed in Ad-Seg, is limited in the supplies he has access to, and requests another copy of the screening order with the blank complaint form so that he can fill it out and return it for filing.

      Accordingly, the order to show cause, that issued on March 21, 2019, (Doc. 13), is hereby discharged; the Clerk's Office is directed to serve another copy of the Order Dismissing the First Amended Complaint that issued on February 7, 2019, (Doc. 12), along with another blank complaint form on Plaintiff; and **within twenty-one (21) days** of the date of service of this order

Plaintiff shall file a second amended complaint or a notice of voluntary dismissal.

IT IS SO ORDERED.

Dated: **April 11, 2019** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE