UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LOPEZ,<br><br>              Plaintiff,<br><br>   v.<br><br>MORELOCK,<br><br>              Defendant. | Case No.: 1:18-cv-00650-SKO (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 16) |

On May 14, 2019, the Court issued an order to show cause ("OSC") why this action should not be dismissed for Plaintiff's failure to comply with a Court order. (Doc. 16.) The Court ordered Plaintiff to respond to the OSC or, alternatively, to file a second amended complaint. (*Id.* at 2.) Plaintiff filed a second amended complaint on June 6, 2019, (Doc. 17), which the Court has reviewed. (Doc. 19.) Accordingly, the Court DISCHARGES the order to show cause issued on May 14, 2019, (Doc. 16).

IT IS SO ORDERED.

Dated: **November 14, 2019**           /s/ *Sheila K. Oberto*
                                                                      UNITED STATES MAGISTRATE JUDGE