# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LOPEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>MORELOCK,<br><br>        Defendant. | Case No. 1:18-cv-00650-NONE-SKO (PC)<br><br>**ORDER LIFTING STAY** |

On February 25, 2020, the Court issued an order staying this case and referring it to Alternative Dispute Resolution (ADR). (Doc. 28.) Defendant filed a notice on March 10, 2020, opting out of ADR. (Doc. 30.)

Accordingly, the Court ORDERS:

1. The stay is LIFTED; and,

2. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order.

IT IS SO ORDERED.

Dated: **March 12, 2020**                    /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE