UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LOPEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>MORELOCK,<br><br>            Defendant. | Case No. 1:18-cv-00650-NONE-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>21-DAY DEADLINE |

On June 8, 2020, Defendant filed a motion for summary judgment on the grounds that Plaintiff failed to exhaust administrative remedies prior to filing suit. (Doc. 33.) Pursuant to Local Rule 230(l), Plaintiff had 21 days to file an opposition or a statement of non-opposition to the motion. To date, Plaintiff has failed to do so.

Accordingly, the Court ORDERS Plaintiff, **within 21 days**, to show cause in writing why this action should not be dismissed for his failure to prosecute. Alternatively, within that same time, Plaintiff may file an opposition *or* a statement of non-opposition to Defendant's motion for summary judgment. **Failure to comply with this order will result in a recommendation that this case be dismissed with prejudice for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **July 17, 2020**                         /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE