UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MORELOCK,<br><br>　　　　　Defendant. | Case No. 1:18-cv-00650-NONE-SKO (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING EXTENSION OF TIME**<br><br>(Docs. 34, 35)<br><br>30-DAY DEADLINE |

On June 8, 2020, Defendant filed a motion for summary judgment on the grounds that Plaintiff failed to exhaust administrative remedies prior to filing suit. (Doc. 33.) Plaintiff failed to respond to Defendant's motion within the allowable time; therefore, the Court issued an order to show cause why this action should not be dismissed for his failure to prosecute. (Doc. 34.) On August 17, 2020, Plaintiff filed a response to the order to show cause, in which he states that he misunderstood Defendant's filing and requests an extension of time to respond to the motion for summary judgment. (Doc. 35.)

Good cause appearing, the Court DISCHARGES its order to show cause (Doc. 34) and GRANTS Plaintiff's request for an extension of time (Doc. 35). Plaintiff shall have **30 days** from the date of service of this order to file an opposition or a statement of non-opposition to Defendant's motion for summary judgment, pursuant to the directives provided in Defendant's *Rand* Warning to Plaintiff Regarding Opposing Summary Judgment. Failure to comply with this

order may result in a recommendation that this action be dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated:  **August 19, 2020**                                    /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE