# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LOPEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>MORELOCK,<br><br>            Defendant. | No. 1:18-cv-00650-NONE-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 33, 43) |

Plaintiff Elijah Lopez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 8, 2020, defendant Morelock filed a motion for summary judgment on the grounds that plaintiff failed to exhaust his administrative remedies prior to filing suit as required. (Doc. No. 33.) Plaintiff filed an opposition on September 14, 2020, (Doc. No. 38), to which defendant filed a reply on September 29, 2020, (Doc. No. 42).

On January 27, 2021, the assigned magistrate judge issued findings and recommendations, recommending that defendant's motion for summary judgment be granted. (Doc. No. 43.) The magistrate judge found that plaintiff failed to properly exhaust administrative remedies prior to initiating this action, and that he failed to meet his burden of showing that such remedies were unavailable to him. (*Id.* at 5-7.) The findings and recommendations were served on plaintiff and

provided that objections thereto may be filed within 21 days.  (*Id.* at 8.)  Plaintiff has not filed any objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 27, 2021, (Doc. No. 43), are adopted in full;
2. Defendant's motion for summary judgment for failure to exhaust administrative remedies, (Doc. No. 33), is granted; and,
3. The Clerk of the Court is directed to assign a district judge to this action for purposes of closure and to close this case.

IT IS SO ORDERED.

Dated:  **March 8, 2021**

UNITED STATES DISTRICT JUDGE